IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff/Respondent,**

**v.**                                                       **Civ No. 12-162 JEC/RHS**
                                                             **Criminal No. 07-787 JEC**

**JACOB RAMON SILVA,**

        **Defendant/Petitioner.**

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 6), filed May 17, 2012, which recommends dismissal of Petitioner Jacob Ramon Silva's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 1). The time for filing objections expired June 4, 2012. No objections have been filed.

The Court has made a *de novo* determination and agrees with the Magistrate Judge's Proposed Findings and Recommended Disposition, and will deny Petitioner's 28 U.S.C. § 2255 Motion, and dismiss this civil proceeding with prejudice.

**IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition of the Magistrate Judge **(Doc. 6)** are adopted by the Court and Petitioner's Objections are hereby denied.

**IT IS FURTHER ORDERED** that the Motion Under 28 U.S.C. § 2255 To Vacate, Set

Aside or Correct Sentence by a Person in Federal Custody **(Doc. 1)** is **denied** and this civil proceeding is **dismissed with prejudice**.

    SO ORDERED June 12, 2012.

                                                   _____
                                                   JOHN EDWARDS CONWAY
                                                   SENIOR UNITED STATES DISTRICT JUDGE